AMNON Z. SIEGEL (State Bar No. 234981)
asiegel@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

JS-6

Attorneys for Defendant
D.A.R.E. America, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.A.R.E. NEW JERSEY, INC., a New Jersey nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>D.A.R.E. AMERICA, INC., a California not-for-profit corporation,<br><br>Defendant. | Case No.:   CV 12-09805 SJO (RZx)<br><br>**FINAL JUDGMENT**<br><br>Action filed: Nov. 15, 2012 |

## **FINAL JUDGMENT**

The Court, having considered D.A.R.E. America's ("DA") Petition to Confirm Arbitration Award and Motion for Entry of Judgment (the "Petition"), and having considered the parties' respective papers and argument thereon, finds that good cause exists to order as follows:

1. DA's Petition is GRANTED;

2. The Arbitrator's November 3, 2014 Final Award (a true and correct copy of which is attached hereto as Exhibit A) is confirmed and is incorporated into, and is part of, this judgment;

3. D.A.R.E. New Jersey ("DNJ") is ordered to pay to DA $565,850.19, which is the difference between the Arbitrator's Final Award ($626,105.69) and the amount awarded by this Court to DNJ and against DA in connection with DNJ's request for a preliminary injunction ($60,255.50);

4. Pursuant to 28 U.S.C. § 1963, DA may register this judgment immediately in any court situated in a jurisdiction where respondent DNJ has property; and

5. The preliminary injunction obtained by DNJ was in place only until the conclusion of the arbitration proceedings, and now that the arbitration is completed, the preliminary injunction is dissolved and of no further force or effect.

Dated: March 2, 2014

_____
HON S. JAMES OTERO
United States District Court Judge